## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR AN CRIMINAL COMPLAINT AND ARREST WARRANT

I, Justin T. Delaney, having been duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since February 2020, and I am presently assigned to the Providence Field Office of the Boston Field Division.  My responsibilities are to investigate and prevent offenses involving the unlawful use, manufacture, and possession of firearms and explosives, as well as to investigate violations of federal arson statutes.  I attended and successfully completed the Department of Homeland Security Criminal Investigator Training Program and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Brunswick, Georgia.

2.      Prior to my employment as an ATF Special Agent, I was employed by the Massachusetts Probation Service from 2015 to 2020, most recently as a Probation Officer at the Westboro District Court. I earned a Bachelor of Science degree in criminal justice from Westfield State University in 2012.

3.      While employed as a Special Agent, I have investigated violations of local, state, and federal criminal statutes; made arrests, prepared search and arrest warrant affidavits; interviewed defendants, witnesses, and informants; and seized currency, firearms, narcotics, and other evidence related to criminal investigations. I have experience and training in firearms and narcotics trafficking cases, gang investigations and the utilization of informants and cooperating witnesses to investigate firearms and narcotics trafficking and other organized criminal activity.

## PURPOSE OF THE AFFIDAVIT

1

4.      Based upon the facts presented in this affidavit, there is probable cause to believe that Walter GARBECKI (Y.O.B. 1985)(hereinafter "GARBECKI"), committed violations of federal law, namely, possession of firearms and ammunition affecting interstate and/or foreign commerce after being convicted of a crime punishable by imprisonment for a term exceeding one year violation of 18 U.S. Code § 922(g)(1), and receiving or possessing an NFA firearm not registered to the possessor in the NFTR in violation of 26 U.S.C. § 5681(d), collectively the "Subject Offenses." This affidavit is being submitted in support of a Criminal Complaint and Arrest Warrant charging GARBECKI with the Subject Offenses.

5.      The information in this affidavit comes from my personal observations and investigation, my training and experience, information obtained from other law enforcement agents with experience in the investigation of firearms and narcotics distribution, and information obtained from other sources as specified in the body of this affidavit. The affidavit is intended to show that there is sufficient probable cause for the requested warrants and includes only those facts which I believe are necessary to establish probable cause for the issuance of the requested warrant.

## PROBABLE CAUSE

### Case background

6.      Since July 2022, I along with other members of ATF in conjunction with United States Postal Inspection Service (USPIS) have been investigating individuals utilizing the United States Mail system in furtherance of violating federal laws. These investigations have focused on individuals who are prohibited from possessing firearms and ammunition and individuals who are engaging in firearm-trafficking

activities by illegally manufacturing and distributing Privately Made Firearms (PMFs), more commonly known as "Ghost Guns."[1]

7.      PMFs are firearms without serial numbers and other manufacturer or importer markings, rendering them difficult to trace by law enforcement officials. These firearms can be finished and/or assembled with the aid of common household tools or specialized tools and equipment using gun-build kits or aggregated gun parts purchased online and elsewhere. These kits are commonly known as "buy build shoot" kits. ATF has been primarily focusing on the investigation of PMF's produced from 80 percent lower receivers or frames, known hereafter as the "80 Percent Frame." The "80 Percent Frame" is an unfinished frame that has been advertised and sold as being 80 percent complete and can be easily finished and assembled into a frame or receiver and a fully functioning firearm. The "80 Percent Frame" is available and sold in both handgun and rifle configurations. An individual can purchase these unfinished frames or receivers with relative ease over the internet, bypassing regulatory requirements of the Gun Control Act (GCA) including background checks, recordkeeping, and manufacturers' markings.

8.      Under 18 U.S.C. § 922(g)(1), it is unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

---

[1] A Privately Made Firearm is "a firearm, including a frame or receiver, completed, assembled, or otherwise produced by a person other than a licensed manufacturer, and without a serial number placed by a licensed manufacturer at the time the firearm was produced.  The term shall not include a firearm identified and registered in the National Firearms Registration and Transfer Record pursuant to chapter 53, title 26, United States Code, or any firearm manufactured or made before October 22, 1968 (unless remanufactured after that date)."

9.      As of August 24, 2022, Final Rule 2021R-05F[2] became effective, which addressed the classification of partially complete (commonly referred to as "80%") frames or receivers that are sold, distributed, or possessed with the associated templates, jigs, molds, equipment, tools, instructions, guides. The rule clarifies that the definition of a "firearm" now includes a weapons-parts kit that is designed to or may readily be completed, assembled, restored, or otherwise converted to expel a projectile by the action of an explosive. With the new rule in effect, the many products currently marketed and sold as unregulated kits ("buy build shoot" kits) and components are properly classified as "firearms" that are regulated under federal law. Additionally, the new rule, under section 27 CFR Part 478.12 defines a "frame"[3] and "receiver".[4]

10.      Additionally, a prohibited person may not possess such a kit if it is designed to or may be readily completed, assembled, restored, or otherwise converted to function as a frame or receiver and a fully functioning firearm. To determine whether a kit is so designed, or may readily be completed, assembled, restored or converted, ATF may consider any associated templates, jigs, molds, equipment, tools, instructions, guides, or marketing materials that are sold, distributed, or possessed with the item or kit, or otherwise made available by the seller or distributor of the item or kit to the purchaser or recipient of the item or kit.

11.      In July 2022, the United States Postal Inspection Service (herein USPIS), used proprietary United States Postal Service (herein USPS) databases to identify

---

[2] Final Rule 2021R-05F, found in 27 CFR Part 478, was signed by the United States Attorney General on April 11, 2022, was published in the Federal Register on April 26, 2022, and became effective on August 24, 2022, 120 days from the date it was published in the Federal Register. *See* https://www.ecfr.gov/current/title-27/chapter-II/subchapter-B/part-478?toc=1

[3] The term "frame" now means the part of a handgun or "variants" (also a defined term) using a handgun design, that provides housing or a structure for the sear or equivalent—that part that holds back the hammer, striker, bolt, or similar component prior to firing.

[4] The term "receiver" means the part of a rifle, shotgun, or projectile weapon other than a handgun, or variants, that provides housing or a structure for the bolt, breechblock or other primary component designed to block or seal the breech prior to firing.

addresses believed to be associated with the purchase of firearm parts sent through the United States Mail. One of the addresses identified was 219 Lake Drive, West Greenwich, RI 02817. USPIS identified this address as potentially being linked to a company called Arm or Ally LLC. I conducted an internet search for Arm or Ally and discovered a publicly accessible website at www.armorally.com and learned that the company advertises and sells items including but not limited to lower receivers, upper receivers, barrels, slides, trigger mechanisms, and ammunition.

12.     I reviewed the information provided by USPIS and learned that two packages were delivered to 219 Lake Drive West Greenwich, RI 02817 in the name of "Walter GARBECKI." I noted the weight of each package was listed as 15 ounces which, based upon training and experience in conjunction with conversations with other ATF investigators, was consistent with firearm parts and accessories.

13.      I conducted queries through various law enforcement databases and learned that Walter GARBECKI is a resident associated with 219 Lake Drive West Greenwich, RI 02817. I reviewed GARBECKI's Rhode Island Driver's License (License Number 2122421) issued on March 23, 2021, which revealed a residence address and primary contact address of 219 Lake Drive West Greenwich, RI 02817.

14.     I reviewed his criminal history and certified copies of the judgement of conviction and commitment which shows that on December 9, 2019, on Rhode Island Superior Court case number K2-2019-2044A, GARBECKI entered pleas of Nolo Contendere to and was convicted of various felony violations of the Rhode Island General Laws (RIGL)[5]:

---

[5] Pursuant to a court-authorized search warrant, GARBECKI was arrested by the Rhode Island State Police High Intensity Drug Trafficking Area Task Force on June 6, 2018, at his residence located at 219 Lake Drive West Greenwich, RI 02817.

- RIGL 21-28-4.01(a)(4)(i): Manufacture/Deliver/Possess with Intent to Manufacture/Deliver Schedule I/II Controlled Substance, 1st Offense. Plea of Nolo Contendere – 18 months imprisonment, 18 months to serve.

- RIGL 11-47-8(b): Unlawful Devices Attached to Semi-automatic Weapon Allowing Automatic Fire. Plea of Nolo Contendere – 18 months imprisonment, 18 months to serve.

- RIGL 11-47-20: Sale or Possession of Silencers. Plea of Nolo Contendere – 18 months imprisonment, 18 months to serve.

- RIGL 11-47-8(c): Possession of a Firearm while Delivering or Manufacturing a Controlled Substance. Plea of Nolo Contendere – 10-year suspended sentence, 10 years' probation.

15.     Further, I reviewed Rhode Island Department of Corrections records and learned that GARBECKI was released from the Rhode Island Adult Correctional Institutions on September 24, 2020, and is on state probation until September 23, 2030. According to Rhode Island probation records, GARBECKI provided Probation with a residential address of 219 Lake Drive West Greenwich, RI 02817.

16.     Through USPIS's database query of 219 Lake Drive West Greenwich, RI 02817, the following retailers were identified that specialize in the advertisement and sale of firearm parts, ammunition and firearm accessories. These identified companies included Arm or Ally LLC., Zaffiri Precision, and OpticsPlanet Inc.

17.     During the course of the investigation, federal Grand Jury subpoenas were served to Arm or Ally LLC., Zaffiri Precision, and OpticsPlanet Inc. for information related to purchases shipped to 219 Lake Drive West Greenwich, RI 02817 in the name of Walter GARBECKI.

### Arm or Ally LLC.

18.     Information provided by Arm or Ally LLC., indicated that 3 orders were placed and later shipped to 219 Lake Drive West Greenwich, RI 02817 addressed to

Walter GARBECKI, on May 18, 2022, May 24, 2022, and June 7, 2022. Arm or Ally LLC.,
is a company based out of 1021-C Technology Drive Indian Trail, NC 28079.

19.     I reviewed the order details and learned that a total of five 80 Percent
Frames were purchased and shipped to 219 Lake Drive West Greenwich, RI 02817 in the
name of Walter GARBECKI. I noted that all the items purchased were products
manufactured by Polymer80, a company that specializes in the manufacturing and sale
of 80 percent Glock-style frames and Glock-style build kits headquartered in Dayton
Nevada.  While the order details provided by Arm or Ally LLC. did not indicate
whether the 80 Percent Frames included a jig/template, training and experience has
shown me that the 80 Percent Pistol Frames often include compatible jigs/templates,
molds, equipment, tools, instructions and guides which allows the builder to assemble a
frame or receiver and a fully functioning firearm.

20.     Based upon training and experience, purchases of this quantity of 80
Percent Frames in a relatively short period are indicative of an individual who is
manufacturing firearms for sale.

***Zaffiri Precision***

21.     Information provided by Zaffiri Precision indicated that four orders were
placed and later shipped to 219 Lake Drive West Greenwich, RI 02817 addressed to
Walter GARBECKI on March 27, 2022, April 12, 2022, June 8, 2022, and June 11, 2022.
Zaffiri Precision is a company headquartered at 10700 75th Street, Largo, FL 33777.
According to their publicly accessible website, "Zaffiri Precision is an industry leader in
producing high quality precision cut parts. Specializing in slides and barrels for Glock
and Sig."

22.     I reviewed the order details, and learned that the items ordered included
pistol slides, threaded pistol barrels, optical sights, upper-parts slide kits (UPK), and
lower-parts kits (LPK). The information provided indicated that these items were
ordered as part of bundle deals offered by Zaffiri Precision which, based upon training

and experience, included items that are considered essential parts that one would need when building/modifying a firearm.

23.     I noted that the orders placed on April 12, 2022, and June 8, 2022, were bundle deals that include 80 Percent Pistol Frames. These 80 Percent Pistol Frames were sold as "FREE PF9SS Frame: Polymer80 - PF9SS™ 80% Single Stack Pistol Frame - Black - Quantity: 1." (April 12, 2022 Order) and "FREE PF940v2 Lower: Polymer80 - PF940v2™ 80% Full Size Pistol Frame - Flat Dark Earth (FDE) - Quantity: 1" (June 8, 2022 Order). As with the aforementioned Arm or Ally LLC. purchases, although the Zaffiri Precision order details do not indicate whether the 80 Percent Frames included a jig/template, training and experience has shown me that the 80 Percent Pistol Frames often include compatible jigs/templates, molds, equipment, tools, instructions and guides which allows the builder to assemble a frame or receiver and a fully functioning firearm.

24.     Posted below is an image taken from the public Polymer80 website at www.polymer80.com, of the Polymer80 PF9SS 80 Percent Pistol Frame featured in the April 12, 2022 order:



Home  ·  Pistols & Frame Assemblies  ·  80% Pistol Frame Kits  ·  PF9SS 80% Single Stack Pistol Frame Kit-Black



PF9SS 80% SINGLE STACK PISTOL FRAME KIT-BLACK

SKU: P80-PF9SS-BLK

$139.00

⊘ Out of Stock

Quantity

1⟳

ADD TO WISHLIST

26.     Posted below is an image taken from the public Polymer80 website at www.polymer80.com, of the Polymer80 PF940v2 80 Percent Pistol Frame featured in the June 8, 2022 order:



27.     As noted above, three of the four orders placed through Zaffiri Precision included threaded barrels. Based upon training and experience, I know that threaded barrels are designed to allow for the attachment of a firearm silencer or firearm muffler.[6] As I previously mentioned in this affidavit, GARBECKI has a prior felony conviction from 2019 for the sale/possession of silencers.

*OpticsPlanet Inc.*

---

[6] The Gun Control Act of 1968, as amended, Title 18 U.S.C. Section 921(a)(24)(b), defines the terms "firearm silencer" and "firearm muffler" as: "…any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication."

28.     Information provided by OpticsPlanet Inc. indicated that eighteen orders were sold and shipped to 219 Lake Drive West Greenwich, RI 02817 addressed to Walter GARBECKI between March 4, 2022, and July 10, 2022. I noted that there were orders on March 28, 2022, and June 4, 2022 that, according to OpticsPlanet Inc., were cancelled and never processed. OpticsPlanet Inc. is a company based out of 3150 Commercial Avenue Northbrook, IL 60062.

29.     I reviewed the order details and learned that the items ordered included but were not limited to firearm magazines, firearm maintenance supplies (oil), pistol holsters, pistol triggers, and lower parts kits (LPK) for Glock 17/19 style pistols. Upon further review of the order details, I learned that varying amounts of ammunition were purchased and shipped to 219 Lake Drive West Greenwich, RI 02817 addressed to Walter GARBECKI. Noted below are the order dates, caliber of ammunition and number of rounds ordered:

- Order Date: March 4, 2022 – TulAmmo 9mm Luger, 115 grain, Full Metal Jacket, Steel, Centerfire Pistol Ammo, 1000 Rounds.

- Order Date: March 4, 2022 – Ammo, Inc. STREAK 9mm Luger 115 grain Full Metal Jacket Brass Cased Centerfire Pistol Ammo, 40 Rounds.

- Order Date: March 17, 2022 – Ammo, Inc. STREAK 9mm Luger 124 grain Total Metal Jacket Brass Cased Centerfire Pistol Ammo, 400 Rounds.

- Order Date: April 16, 2022 – Browning BPR Performance 22 Long Rifle 36 Grain Hollow Point Rimfire Ammunition, 400 Rounds.

- Order Date: April 23, 2022 – Winchester SUPER-X Rimfire .22 Long Rifle 40 grain Copper Plated Hollow Point Rimfire Ammo, 400 Rounds.

- Order Date: April 23, 2022 – Sierra Outdoor Master, 9mm Luger 124 gr., Jacketed Hollow Point/JHP, Brass Cased Centerfire Pistol Ammo, 100 Rounds.

- Order Date: June 4, 2022 – Federal Premium Centerfire Handgun Ammunition 9mm Luger 70 grain Lead-free Ball Centerfire Pistol Ammo, 500 Rounds.

30.     According to the information provided by OpticsPlanet Inc. a total of 2840 rounds of ammunition were purchased and shipped to 219 Lake Drive West Greenwich, RI 02817 addressed to Walter GARBECKI. Based upon training and experience, I know that the aforementioned ammunition is not manufactured in the State of Rhode Island, and in order for the ammunition to have been purchased and shipped from OpticsPlanet Inc. based in Northbrook IL, to the State of Rhode Island, it would have traveled across state lines, thus moving in interstate and/or foreign commerce. Based upon GARBECKI'S prior felony convictions in 2019, he would be prohibited per 18 U.S.C. § 922 (g)(1) from shipping, transporting, receiving, or possessing firearms or ammunition in or affecting interstate/foreign commerce.

31.     Each of the three companies described above provided the requested customer information noted in the subpoenas. Upon a review of that information, I noted that the following customer information was consistent across all purchases from each of the three companies:

- Purchaser/Recipient: Walter Garbecki.
- Shipping Address: 219 Lake Drive West Greenwich, RI 02817.
- Phone: 401-699-4638.
- Email: waltergarbecki@gmail.com.

### Search Warrant – September 20, 2022

32.     On September 20, 2022, members of the ATF conducted a court authorized search warrant for the residence of 219 Lake Drive West Greenwich, RI 02817, the person of Walter GARBECKI, and the cellular telephone with assigned call number 401-699-4638. During the execution of the search warrant, investigators with the ATF located the following items inside the residence of 219 Lake Drive West Greenwich, RI.

These items were located in the bedroom, which was identified as GARBECKI's room in the residence. Prior to the search SA Delaney conducted an interview with Kathleen Garbecki, who was identified as GARBECKI's mother and a resident at the address. She indicated to SA Delaney which bedroom was GARBECKI's in the residence. The following were located in GARBECKI's bedroom, and include but not limited to the following:

- A unserialized Glock-type pistol, with a dark gray colored Polymer80 Inc. Frame, Model: PF955, with a slide assembly and threaded barrel featuring the Zaffiri Precision Logo "ZP".

- A unserialized Glock-type pistol, with a tan colored Polymer80 Inc. Frame, Model: PF940V2, with a gold-colored slide assembly and threaded barrel featuring the Zaffiri Precision Logo "ZP".

- A unserialized Glock-type pistol, with a camouflage colored Polymer80 Inc. Frame, Model: PF940C, featuring a green colored slide assembly and a black threaded barrel both featuring the Zaffiri Precision Logo "ZP". The firearm was equipped with a black suspected silencer.

- A unserialized Glock-type pistol, with a black colored Polymer80 Inc. Frame, Model: PF940C, a black slide manufactured by Tactical Solutions "Boise Idaho" unknown .22LR caliber threaded barrel.

- A black colored suspected silencer.

- A silver-colored suspected silencer.

- A cardboard box affixed with a shipping label from OpticsPlanet Inc. to Walter Garbecki 219 Lake Drive West Greenwich, RI 02817, containing boxes of various quantities of ammunition, including one box of Ammo Inc. STREAK (200 round box), one box of Winchester Super X .22LR (222 round box), one box of Browning .22LR (400 Round

Box), four boxes of Sierra 9mm Luger (20 rounds per box), twelve
boxes of TulAmmo (50 rounds per box), four boxes of Federal 9mm
Luger (50 rounds per box), one box of CCI .22 CB Short .22LR (100
round box)(TOTAL AMMUNITION: 1460 rounds).

- Two Polymer80 Inc. 80 percent frames in their original box with jig.

- Additional assorted loose ammunition was located throughout the
  bedroom (and other rooms in the residence).

- Various documents in the name of Walter Garbecki and 219 Lake
  Drive West Greenwich, RI 02817.

33.     Additional items were located in the basement of the residence including
but not limited to drilled out pistol frame jigs/templates, and a drill press with
apparent shavings.

34.     As noted above, per Final Rule 2021R-05F, the two firearm build kits
recovered from GARBECKI's bedroom are now considered "firearms" since the
definition of "firearm" now includes weapons-parts kits that are designed to or may
readily be completed, assembled, restored, or otherwise converted to expel a projectile
by the action of an explosive. With the new rule in effect, the many products currently
marketed and sold as unregulated kits ("buy build shoot" kits) and components are
properly classified as "firearms" that are regulated under federal law. The two firearm
build kits located included Polymer80 pistol frames, a jig/template, drill bits, and other
essential components making it readily able to be completed, assembled, restored, or
otherwise converted to expel a projectile by the action of an explosive.

35.     Based upon a review of the Glock-type pistols recovered from
GARBECKI's residence, I know that the principal parts of the Glock-type pistols were
manufactured outside the state of Rhode Island and travelled in interstate commerce

13

prior to their recovery in Rhode Island on September 20, 2022[7]. To wit, the lower assembly of each Glock-type pistol, which is a principal part of the Glock-type pistol, was manufactured in Dayton Nevada, by Polymer80, Inc., and therefore travelled in interstate commerce prior to their recovery in Rhode Island.

36.     Furthermore, the additional principal parts of some of the Glock-type pistols to include the slide assembly's and barrels were manufactured outside the state of Rhode Island and travelled in interstate commerce prior to their recovery in Rhode Island on September 20, 2022. The slide assembly and barrels featured the company name and logo for Zaffiri Precision, which as noted in this affidavit, is headquartered in Largo Florida, and specializes in the manufacturing of slides and barrels for Glock and Sig type pistols. In order for these principal parts to have been recovered in the state of Rhode Island, they would have travelled through interstate commerce. Additionally, information received from Zaffiri Precision indicated that GARBECKI purchased a number of slides and barrels from Zaffiri Precision as part of bundle deals offered by Zaffiri Precision.

37.     As noted in this affidavit, the identifiable online orders show firearm parts/accessories, firearm build kits, and 80 Percent Frames were purchased over the internet and shipped via the United State Mail System. While a number of items located throughout the search warrant did not include distinguishable serial numbers, certain items like pistol frames, slides, and barrels, matched the descriptions of the items noted in the information provided by Zaffiri Precision, Arm or Ally LLC. and Optics Planet. The essential components needed to complete a frame and a fully functioning firearm were purchased online using a particular payment method and were shipped across state lines into the state of Rhode Island, thus having traveled through interstate commerce.

---

[7] Glock is brand of polymer-framed, short recoil-operated, locked-breech semi-automatic pistols designed and produced by Austrian manufacturer Glock Ges.m.b.H.

38.     During a search of the residence, varying amounts of ammunition were located, and based upon training and experience, I know ammunition is manufactured outside the state of Rhode Island, and thus would have had to travel through interstate commerce to have been recovered in Rhode Island.

39.     A check of the National Firearms Registration and Transfer Record System (NFRTR) revealed GARBECKI did not have any silencers registered to him. Based upon a review of the silencer, it did not bear any manufacturer marks of identification or serial number as required per 26 U.S.C. § 5842. Based upon training and experience, and through conversations with senior investigators, the aforementioned items feature components including end caps and baffles which are consistent with features on silencers recovered in other investigations.

## CONCLUSION

40.     Based upon the forgoing, I respectfully submit that there is probable cause to believe that on or about September 20, 2022, in the District of Rhode Island, Walter GARBECKI, having previously convicted of a crime punishable by a term of imprisonment exceeding one year did knowingly possess (1) unserialized 9mm Glock-type pistol with a Polymer80 Inc. frame bearing model number PF955 with a slide assembly and a barrel both manufactured by Zaffiri Precision loaded with six rounds of Federal 9mm Luger ammunition,  (1) unserialized 9mm Glock type pistol with a Polymer80 Inc. frame bearing model number PF940V2 with a slide assembly and barrel manufactured by Zaffiri Precision loaded with ten rounds of Sig 9mm ammunition, (1) unserialized 9mm Glock-type pistol with a Polymer80 Inc. frame bearing model number PF940C with a slide assembly and barrel manufactured by Zaffiri Precision loaded with six rounds of Federal 9mm  ammunition, and a (1) .22LR caliber Glock-type pistol with a Polymer80 Inc. frame bearing model number PF940C, with a black slide manufactured

by Tactical Solutions "Boise Idaho" loaded with twenty two rounds of Remington .22LR ammunition, (2) Polymer80 Inc. unserialized build kits manufactured in Dayton Nevada in violation of 18 U.S.C. § 922(g)(1); and, further, possessed three silencers which had not been registered to him in the NFRTR on September 20, 2022 in violation of 26 U.S.C. § 5681(d). I therefore request that a criminal complaint and arrest warrant be issued for Walter GARBECKI.

Justin Delaney
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explsosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

_____.
**Sworn telephonically and signed electronically**
(specify reliable electronic means)

September 20, 2022                          _____
Date                                       Judge's signature

**Providence, Rhode Island**              **Patricia A. Sullivan, USMJ**
City and State                            U.S. Magistrate Judge

16